■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON KANOFF, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Orange County, imposed July 24, 1979, upon his conviction of attempted robbery in the first degree, after a plea of guilty, the sentence being an indeterminate prison term with a maximum of 15 years and a minimum of 5 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the maximum period of imprisonment to 10 years and the minimum to 3⅓ years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated. Gibbons, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM MARTIN, Also Known as MALCOLM BERKOWITZ, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed October 31, 1979, upon his conviction of manslaughter in the first degree, upon a plea of guilty, the sentence being an indeterminate term of imprisonment of 8⅓ to 25 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate term of imprisonment of 5 to 15 years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated. Gulotta, J. P., Cohalan, Margett and Martuscello, JJ., concur.

## (September 22, 1980)

■ CAROL ARENA, Petitioner, v PAT RAVO, as Manager of the City of Yonkers, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Pat Ravo, as Manager of the City of Yonkers, which, after a hearing, found that petitioner had engaged in an illegal strike on June 26, 27 and 28, 1978. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There is substantial evidence in the record to support the findings of the respondent Ravo (see *Mynarski v Ravo*, 72 AD2d 741, mot for lv to app den 48 NY2d 611). Damiani, J. P., Gibbons, Rabin and Margett, JJ., concur.